JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA DIAN ELGUERA,<br><br>      Plaintiff,<br><br> vs.<br><br>AMF BOWLING CENTERS, INC.,<br>and DOES 1 to 50<br><br>      Defendants. | Case No. 5:23-cv-02323 JGB (SHKx)<br><br>**ORDER RE: DISMISSAL OF ACTION WITH PREJUDICE** |

Plaintiff, JULIA DIAN ELGUERA and Defendant, AMF BOWLING CENTERS, INC., by and through their respective attorneys of record, entered into a stipulation to dismiss the entire action with prejudice, including all claims against AMF BOWLING CENTERS, INC and each party to bear their own costs and fees. Having read and considered the stipulation for dismissal, and all pleadings and exhibits already on file with this court, and good cause appearing therefor,

  IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice. Each party to bear his/her/its own costs and attorney fees, except as provided by any settlement agreement.

IT IS SO ORDERED:

Dated:  February 25, 2025       _____

                U.S. District Court Judge

1

Case No. 5:23-cv-02323 JGB (SHKx)